UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEAU MAESTAS,<br><br>               Plaintiff,<br><br>  v.<br><br>ADAMS, et al.,<br><br>               Defendants. | 3:23-cv-00554-ART-CSD<br><br>**ORDER** |

Defendants' counsel submitted a Notice of Under Seal Submission of Last-Known Address. (ECF No. 17.) Paragraph 6(c) of the service order required as follows:

> * * * As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

(ECF No. 14 at 2.)

Defendants under seal submission only provides a post office box address for Defendant David S. Halsey.

Counsel for Defendants shall file a statement explaining whether counsel attempted to obtain and provide the last known *physical* address of Defendant David Halsey, in accordance with Paragraph 6 of this court's order. (ECF No. 14.) If counsel is able to provide the last known physical address of Defendant David Halsey in Defendants' statement, the statement shall be filed under seal.

However, if after a diligent search of state records counsel can only locate post office box address for Defendant David Halsey, counsel shall file a notice to that effect.

**IT IS SO ORDERED.**

DATED: November 22, 2024.



_____
Craig S. Denney
United States Magistrate Judge

2