# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BEAU MAESTAS,<br><br>       Plaintiff,<br><br> v.<br><br>ADAMS, et al.,<br><br>       Defendants. | 3:23-cv-00554-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

Pursuant to the court's order of November 22, 2024 (ECF No. 19), the Office of the Attorney General has filed (under seal) the last known physical address for Defendant David S. Halsey. (ECF No. 20.)

The Clerk shall ISSUE a summons for **David S. Halsey** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 20.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 5), the screening order, (ECF No. 4), and this order to the U.S. Marshal for service on Defendant David S. Halsey. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **January 29, 2025**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: December 5, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1