# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BEAU MAESTAS,

Plaintiff

v.

ADAMS, et al.,

Defendants

Case No.: 3:23-cv-00554-CSD

**Order**

Re: ECF No. 36

Nevada Department of Correction's (NDOC) motion for an extension of time to file the stipulation to dismiss (ECF No. 36) is **GRANTED**. NDOC has until **July 28, 2025**, to file the stipulation to dismiss this action.

**IT IS SO ORDERED**.

Dated: June 30, 2025

Craig S. Denney
United States Magistrate Judge