AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel: (702) 486-3375
Fax: (702) 486-3768
Email: rdsilva@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEAU MAESTAS, | Case No. 3:23-cv-00554-CSD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| ADAMS, *et al.*, | |
| Defendants | |

Plaintiff, Beau Maestas, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 28th day of April, 2025.

By: /s/ Beau Maestas
Beau Maestas # 93348
Plaintiff, Pro Se

DATED this 28th day of April, 2025.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 14, 2025